1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  DENISE MARIE BARTON (CABN 634052)
   Assistant United States Attorney
5      450 Golden Gate Ave., Box 36055
       San Francisco, California 94102
6      Telephone: (415) 436-7200
       Fax: (415) 436-7234
7      E-Mail: denise.barton@usdoj.gov

8  Attorneys for Plaintiff

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12

13  UNITED STATES OF AMERICA,        )   CR No. 3-10-70993 EMC
14         Plaintiff,                )
                                     )
15     v.                            )   STIPULATION AND [PROPOSED
                                     )   ORDER] TO CONTINUE
16  DAVID HIGSON,                    )
17         Defendant.                )
                                     )
18  _____  )

19         This matter is currently scheduled for a Preliminary Hearing / Arraignment before this
20  Court on January 19, 2011 at 9:30 a.m. By this stipulation, the parties seek to continue this
21  Preliminary Hearing / Arraignment until February 18, 2011 at 9:30 a.m. The parties seek to
22  continue the date for the Preliminary Hearing / Arraignment to engage in discussions regarding
23  the merits of the case and possible pre-indictment resolution.
24         The defendant agrees to waive his right under Title 18, United States Code, section
25  3161(b) to the filing of an indictment or information within thirty days after arrest. The
26  //
27  //
28  UNITED STATES V. HIGSON,
    STIPULATION AND [PROPOSED ORDER] TO CONTINUE
    CR No. 3-10-70993 EMC

1 | defendant further consents to this continuance and waives his right as an in-custody defendant to
2 | a preliminary hearing within 14 days of his initial appearance. *See* Fed. R. Cr. P. 5.1(c).

4 | SO STIPULATED:

　　　　　　　　　　　　　　　　　　　　　　MELINDA HAAG
　　　　　　　　　　　　　　　　　　　　　　United States Attorney

8 | DATED: January 12, 2011　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　DENISE MARIE BARTON
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

11 | DATED: January 12, 2011　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　STEVEN KALAR
　　　　　　　　　　　　　　　　　　　　　　Attorney for DAVID HIGSON

　　　　For the foregoing reasons, this matter is continued until February 18, 2011 at 9:30 a.m. for Preliminary Hearing / Arraignment. The Court finds that the defendant has waived his right under Title 18, United States Code, section 3161(b) to the filing of an indictment or information within thirty days after arrest. The Court further finds that the defendant has consented and the parties have shown good cause to extend the time limits set forth in Fed. R. Crim. P. 5.1(c) requiring that the preliminary hearing be held within 14 days after an in-custody defendant's initial appearance.

SO ORDERED.

DATED: 12/an/2011　　　　　　　　　　　　　　　　　
　　　　　　　　　　　　　　　　HON. BERNARD ZIMMERMAN
　　　　　　　　　　　　　　　　United States Magistrate Judge

UNITED STATES V. HIGSON,
STIPULATION AND [PROPOSED ORDER] TO CONTINUE
CR No. 3-10-70993 EMC